ney's fees of $4,500. Wife asserts the trial court erred in four respects: (1) its award of maintenance was insufficient; (2) the maintenance award should have been ordered to increase again when child support was scheduled to end; (3) the trial court failed to award retroactive maintenance to her; and (4) the trial court's award of partial attorney's fees to her was insufficient. We find no error and affirm.

ze. The issues presented in this appeal have been previously addressed in *In The Estate of Hilda Schulze*, (Mo.App.E.D. 2003) 105 S.W.3d 548, handed down by this court on May 13, 2003. Therefore, no jurisprudential purpose would be served by an opinion.

We affirm the judgment pursuant to Rule 84.16(b).

## In the Estate of Hilda SCHULZE, Deceased.

### No. ED 82250.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 26, 2003.

Thomas B. Burkemper, Troy, MO, for appellant.

Joel D. Brett, St. Charles, MO, for respondents.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J., and MARY R. RUSSELL, J.

### *ORDER*

PER CURIAM.

Friedens United Church of Christ appeals from an order of the probate division of the Circuit Court of Lincoln County authorizing the sale of real property pursuant to an option granted by Hilda Schul-

## STATE of Missouri, Respondent,

v.

## Caroline E. BERGMANN, Appellant.

### No. ED 82239.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 26, 2003.

